THE BRADFORD COMPANY and Another v. JAMES H. DUNN.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS BLUMENKRANZ v. MIKE WEINBERG DRESS CO., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

VINCENZINA CAROGANO v. GIOVANNI CAROGANO.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE REAL ESTATE HOLDING CORPORATION and Others v. UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES BURNHAM SQUIER v. KATHERINE S. MONTGOMERY, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERMAN BLANK v. DEREN COAT CO., INC., and Another.— Motion granted, the levy by the sheriff to remain as security for the judgment pending the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NAUHEIM PHARMACY, INC., v. JULES MENDEL.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VICTOR UTGOFF, on Behalf of Himself, etc., v. LOUIS A. VAN DYK and Another, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MOSES VALENTINE to Compel SAMUEL D. LASKY to Turn Over to the Petitioner Certain Moneys in the Possession of Said Appellant, and to Determine What Lien, if Any, the Appellant Has for Legal Services Rendered on Behalf of the Petitioner, Respondent.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLEARANCE HOLDING CORPORATION v. ALL METAL PARTITION CO., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LETITIA ERNESTINE BROWN v. CARLETON CURTIS, Alias "HARRY BROWN."— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RUBY E. WYLDE, Appellant, v. PIERRE OPERATING CORPORATION, Respondent. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CATHERINE REVILLE, Respondent, v. LOUIS KURTE, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy Martin and O'Malley, JJ.

MARY A. CRONIN, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that there was a question of fact for the jury as to the liability of the defendant, The City of New York. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.